**Fill in this information to identify the case:**

Debtor name  **Treeside Charter School**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **19-28378**

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 12, 2019**         X **/s/ April Clawson**
                                             Signature of individual signing on behalf of debtor

                                             **April Clawson**
                                             Printed name

                                             **Designated Officer**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Treeside Charter School**
United States Bankruptcy Court for the: **DISTRICT OF UTAH**
Case number (if known): **19-28378**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Utah State Division of Finance** 2110 State Office Building PO Box 141031 Salt Lake City, UT 84114-1031 | | **Revolving Loan** | | | | $179,812.00 |
| **Utah State Tax Commission** Attn: Bankruptcy Unit 210 N 1950 W Salt Lake City, UT 84134 | | **Property Taxes** | | | | $87,000.00 |
| **Cambridge Charter Holdings** | | | **Contingent Unliquidated Disputed** | | | $57,000.00 |
| **Universal Service Administrative Company** 700 12th Street, N.W. Suite 900 Washington, DC 20005 | | **Loan (E-Rate)** | **Disputed** | | | $43,634.65 |
| **Zions Bancorporation Enterprise Loan Operations - ZIONS** 2460 S 3270 W West Valley City, UT 84119 | | **Loan for Playground Equipment** | | | | $40,380.01 |
| **Red Apple Financial** 433 N 1500 W Marriott-Slaterville, UT 84404 | | | | | | $15,125.80 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Treeside Charter School**  
Name

Case number *(if known)* **19-28378**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Robert Leckie** 153 S 300 W Provo, UT 84601 | | | | | | $15,000.00 |
| **Lindy Townsend** 1043 E 2620 N Provo, UT 84604 | | | | | | $13,000.00 |
| **Special Education Consulting Services** 7987 Springshire Drive Park City, UT 84098-5397 | | | | | | $6,218.75 |
| **Lear & Lear** 808 E South Temple Salt Lake City, UT 84102 | | | | | | $5,000.00 |
| **RBM Services Inc** 1515 N Riverside Ave Provo, UT 84604 | | | | | | $3,086.21 |
| **Bradley A. Tew** 194 South Canyon Avenue Springville, UT 84663 | | **Land Purchase Option Agreement** | | | | $2,500.00 |
| **ProCare Therapy, Inc.** Dept Ch 14430 Palatine, IL 60055-4430 | | | | | | $1,753.63 |
| **Oasys** | | | | | | $1,500.00 |
| **Robert Leckie** 153 S 300 W Provo, UT 84601 | | **Professional Services** | | | | $1,500.00 |
| **Utah Bureau of Criminal Identification** 3888 W 5400 S Salt Lake City, UT 84129-3549 | | | | | | $970.75 |
| **StateFire** PO Box 65248 Salt Lake City, UT 84165 | | | | | | $465.00 |
| **Les Olson Company LOC** PO Box 65598 Salt Lake City, UT 84165-0598 | | | | | | $417.43 |

| Debtor | **Treeside Charter School** | | Case number *(if known)* | **19-28378** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **C3 Charters**<br>**6464 South**<br>**Eastbrook Drive**<br>**Taylorsville, UT**<br>**84129** | | | | | | $280.00 |
| **Gause Heating &**<br>**Appliance**<br>**PO Box 337**<br>**Santaquin, UT 84655** | | | | | | $180.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Utah

In re **Treeside Charter School**
Debtor(s)

Case No. **19-28378**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Compensation at hourly rates subject to Court approval |
| Prior to the filing of this statement I have received | $ | 3,057.00 |
| Retainer Balance......................................................................................... | $ | 45,226.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

    ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/12/2019
*Date*

/s/ George Hofmann
**George B. Hofmann**
*Signature of Attorney*
**Cohne Kinghorn, P.C.**
**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
**801-363-4300   Fax: 801-363-4378**
*Name of law firm*

---

## United States Bankruptcy Court
### District of Utah

In re  **Treeside Charter School**  
Debtor(s)

Case No. **19-28378**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Designated Officer** of the Non-Profit - 501(c)(3) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 12, 2019**

Signature **/s/ April Clawson**  
**April Clawson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Utah

In re: **Treeside Charter School**  
Debtor(s)

Case No. **19-28378**  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Officer of the Non-Profit - 501(c)(3) named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 12, 2019**

**/s/ April Clawson**  
**April Clawson**/**Designated Officer**  
Signer/Title

Alertline Communications
736 N Park Shadows
Bountiful, UT 84010

Alexis Wagner
582 E 200 S
Provo, UT 84606

Allysa Beers, TRS/CTRS
1248 Firefly Drive
Spanish Fork, UT 84660

Amanda McEntire
373 S 900 E
Springville, UT 84663

Annathia Melgar
930 W 400 N
Provo, UT 84601

Bell Janitorial
4464 W 2100 S
Suite A
Salt Lake City, UT 84120

Bianca Cottam
1733 N 1250 W
Mapleton, UT 84664

Blind Mule Behavioral Services
537 W Capitol Street
Salt Lake City, UT 84103-1707

Bluefin Office Group
PO Box 1960
Orem, UT 84059-1960

BlueStar Retirement Services
PO Box 2349
Ponte Vedra Beach, FL 32004

Bradley A. Tew
194 South Canyon Avenue
Springville, UT 84663

Brecht's Database Solutions (Embrace)
PO Box 305
Highland, IL 62249

Brooke Crane
1578 Oak Lane

Provo, UT 84604

C3 Charters
6464 South Eastbrook Drive
Taylorsville, UT 84129

Carly Jensen
302 S 740 E
#8306
American Fork, UT 84003

Certified Fire Protection
3140 S 460 W
Salt Lake City, UT 84115

Charter Co-op of Utah
c/o Hansen & Reed PC
42 N 200 E, Suite 2
American Fork, UT 84003-1739

Christy Packer
2295 Timpview Dr
Provo, UT 84601

Division of Finance
Department of Administrative Services
2110 State Office Building
Salt Lake City, UT 8414-3244

Dominion Energy
PO Box 27031
Richmond, VA 23261

Dulce M Benjamin
1071 S Slate Canyon Drive
Provo, UT 84601

Elizabeth Cutler
701 N 500 W #307
Provo, UT 84601

Elizabeth Rasmuson
704 W 1400 S
Provo, UT 84601

Employers Preferred Insurance Company
7110 North Fresno Street
Suite 250
Fresno, CA 93720-2999

Frogtummy Enterprises
253 Autumn Cherry Way
Kaysville, UT 84037

Frontline Technologies
PO Box 780577
Philadelphia, PA 19178-0577

Gause Heating & Appliance
PO Box 337
Santaquin, UT 84655

GuyAm Heating, Cooling & Refrigeration
598 W 700 S
Springville, UT 84663

Hand 2 Heart
394 W Main Street
Suite 202
Lehi, UT 84043

Hannah Benge
578 N 750 W
Provo, UT 84601

Hannah Wallace
1385 S 1150 W
Orem, UT 84058

Hometown Values
4770 S 5600 W
West Valley City, UT 84118

Houghton Mifflin Harcourt Publishing Co.
14046 Collections Center Drive
Chicago, IL 60693

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iva Faulkner
477 S 700 W
Provo, UT 84601

Ivy Preparatory Academy
1724 South State Street
Provo, UT 84606

Jakers Pumpkin Patch
950 W 400 S
Springville, UT 84663

Jaqueline Foote
1545 E Santa Cruz Drive #11
Cottonwood Heights, UT 84121

Jersey Stainless

1067 W 100 S
Provo, UT 84601

Jessica Mack
4174 W Sage Road N
Cedar Hills, UT 84062

Jessica Ricks
150 N 1100 W
Provo, UT 84601

Kassidy Chamberlain
214 W Silver Springs Drive
Vineyard, UT 84059

Kim Dryer
214 W Silver Springs Drive
Vineyard, UT 84059

Kristina Hone
1576 S 200 E
Orem, UT 84058

Kristine Knudson
481 Wymount Terrace
Provo, UT 84604

Lear & Lear
808 E South Temple
Salt Lake City, UT 84102

Les Olsen Company
PO Box 65598
Salt Lake City, UT 84165-0598

Lindy Townsend
1043 E 2620 N
Provo, UT 84604

Mary Howell
1928 Washington Avenue
Provo, UT 84606

Mary Wade
270 N 1280 W
Provo, UT 84601

Matthew Snijman
31 W 1450 N
#41
Provo, UT 84604

Mindy Hammer
916 S 100 E

Salem, UT 84653

Moby Max
PO Box 392385
Pittsburgh, PA 15251

Mountain State Schoolbook Depository
PO Box 160250
Clearfield, UT 84016

Natalie Coombs
1116 E 230 S
Provo, UT 84606

National Pen Co. LLC
PO Box 847203
Dallas, TX 75284-7203

Nicholas and Company
PO Box 45005
Salt Lake City, UT 84145-0005

Notebooks for Students
140 E Stetson Ave
Box 176
Hemet, CA 92543

Office Depot
PO Box 660113
Dallas, TX 75266-0113

One Call Now
6450 Poe Avenue
Suite 500
Dayton, OH 45414

Orkin
PO Box 7161
Pasadena, CA 91109-7161

Osmond Commercial Productions
PO Box 294
Orem, UT 84059

Principal Life Insurance
PO Box 10372
Des Moines, IA 50306-0372

ProCare Therapy, Inc.
Dept Ch 14430
Palatine, IL 60055-4430

Provo City
Provo City Finance Department

351 W Center Street
Provo, UT 84601

RBM Building Services
1515 N Riverside Avenue
Provo, UT 84604

RBM Services Inc
1515 N Riverside Ave
Provo, UT 84604

Ready2Teach
342 W Serenity Ct
Vineyard, UT 84059

Red Apple Financial
433 N 1500 W
Marriott-Slaterville, UT 84404

Renaissance
PO Box 64910
St. Paul, MN 55164-0910

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Rhino Lock
PO Box 385
Springville, UT 84663

Rivka Bundra
5079 Sawyer Avenue
Las Vegas, NV 89081

Robert Leckie
153 S 300 W
Provo, UT 84601

Sarah Wright
255 W 400 S #2
Provo, UT 84601

Secure Instant Payments
2632 N 1220 W
Clinton, UT 84015

Select Health
PO Box 27368
Salt Lake City, UT 84127-0368

Shauna Carlson
725 E 900 S
Springville, UT 84663

Smart Backflow Services
1221 E Candy Lane
American Fork, UT 84003

Special Education Consulting Services
7987 Springshire Drive
Park City, UT 84098-5397

Squire & Co.
1329 S 800 E
Orem, UT 84097

StateFire
PO Box 65248
Salt Lake City, UT 84165

Strawberry Communications
12608 S 125 W
Suite C
Draper, UT 84020

Super Duper Publications
PO Box 24997
Greenville, SC 29616-2497

Thomas W. Seiler / Morgan Fife
Seiler Anderson Fife & Marshall
2500 N University Ave, Suite 100
Provo, UT 84604

Travelers
PO Box 660317
Dallas, TX 75266-0317

Triple-T Heating Cooling Plumbing
1550 N Main
Spanish Fork, UT 84660

Triton Industries
4931 S 1850 W
Spanish Fork, UT 84660

UAPCS
PO Box 2583
Salt Lake City, UT 84110

Universal Service Administrative Company
700 12th Street, N.W.
Suite 900
Washington, DC 20005

Utah Bureau of Criminal Identification
3888 W 5400 S

Salt Lake City, UT 84129-3549

Utah Bus LLC
3595 S 700 W #2
South Salt Lake, UT 84119

Utah County Health Department
151 S University Avenue
Suite 2600
Provo, UT 84601

Utah State Charter School Board
250 E 500 S
PO Box 144200
Salt Lake City, UT 84114-4200

Utah State Division of Finance
2110 State Office Building
PO Box 141031
Salt Lake City, UT 84114-1031

Utah State Tax Commission
Attn: Bankruptcy Unit
210 N 1950 W
Salt Lake City, UT 84134

Utah Valley University
Accounts Receivable BA-109
800 West University Parkway
Orem, UT 84058-6703

Villager Magazine
2202 N 1560 W
Pleasant Grove, UT 84062

Virginia Wright
420 W Cadbury Dr.
E105
South Jordan, UT 84095

West Pro
2294 Mountain Vista Lane
Provo, UT 84606

Zions Bancorporation
Enterprise Loan Operations - ZIONS
2460 S 3270 W
West Valley City, UT 84119

Zions M13 Development
775 W Spring Creek PL
Springville, UT 84663